# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　2:11-cr-00261-GMN -VCF
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**O R D E R**
GONZALEZ-MEZA, *et al.,*　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)

　　　　Before the court is defendant Monica Lopez' Motion To Suppress Evidence. (#25). The parties stipulated on December 14, 2011 (#27and #28), January13, 2011 (#29 and #30), and February 7, 2012 (#34 and #35), to extend the time in which the government's response was due. In the most recent stipulation signed by the court, the parties stated that the extension is warranted because "[d]efendant signed a plea agreement and the matter is set for change of plea on March 1, 2012." (#35). The parties also stated that "[o]nce [d]efendant enters her plea of guilty, defense counsel intends to withdraw the Motion to Suppress." *Id.*

　　　　On March 1, 2012, defendant Lopez entered a plea of guilty to count one (#39) pursuant to a written plea agreement (#38). The court scheduled her sentencing for March 19, 2012, at 10:30 a.m. (#39).

　　　　Accordingly, and for good cause shown,

　　　　IT IS ORDERED that defendant Monica Lopez' Motion To Suppress Evidence (#25) is DENIED as moot.

　　　　DATED this 8th day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**CAM FERENBACH**
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**